No. 1273, Misc. SEYMOUR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 882, Misc. COMFORT *v.* CALIFORNIA. Municipal Ct. of Oakland-Piedmont, Cal., and/or App. Dept., Super. Ct. Cal., County of Alameda. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Lloyd Mc-Murray* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci,* Deputy Attorney General, for respondent.

No. 901, Misc. MONTGOMERY *v.* McKENDRICK, WARDEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Robert Welch Mullen* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, for respondent.

No. 95. CHAPMAN ET AL. *v.* CALIFORNIA, *ante,* p. 18;

No. 926. BETHLEHEM STEEL CO. ET AL. *v.* UNITED STATES, *ante,* p. 912;

No. 14, Misc. CAPUCHINO *v.* TEXAS, *ante,* p. 928;

No. 29, Misc. POHLABEL *v.* UNITED STATES, *ante,* p. 916;

No. 414, Misc. MILANI *v.* ILLINOIS, *ante,* p. 12;

No. 503, Misc. MACDONALD *v.* CALIFORNIA, *ante,* p. 127; and

No. 646, Misc. BOTSCH *v.* UNITED STATES, *ante,* p. 937. Petitions for rehearing denied.